**Order entered January 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00534-CV

**STEWART TITLE GUARANTY COMPANY, Appellant**

**V.**

**JOHN & LUCY MIMS, HELEN COTTON RAGLAND, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-14112**

## ORDER

Appellant's October 3, 2012 motion for leave to file response to sur-reply brief is

**GRANTED** and the response tendered on October 3, 2012 is **ORDERED** filed as of the date of

this order.

/s/     MICHAEL J. O'NEILL
          JUSTICE